| United States Bankruptcy Court<br>Northern District of Ohio | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Xunlight Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA MWOE, Solar, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**11-3811168** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
|---|---|

| Street Address of Debtor (No. and Street, City, and State):<br>**3145 Nebraska Avenue**<br>**Toledo, OH**<br>ZIP Code **43607** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|

| County of Residence or of the Principal Place of Business:<br>**Lucas** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
|---|---|

Location of Principal Assets of Business Debtor
(if different from street address above):

## Type of Debtor
(Form of Organization)  (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

## Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

## Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

## Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Xunlight Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>       _____<br>       (Name of landlord that obtained judgment)<br><br><br>       _____<br>       (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Xunlight Corporation** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ H. Buswell Roberts, Jr.** _____
Signature of Attorney for Debtor(s)

**H. Buswell Roberts, Jr. 0004747 of counsel**
Printed Name of Attorney for Debtor(s)

**H. Buswell Roberts J. PLLC**
Firm Name

**2001 South Main**
**Unit 206-A**
**Blacksburg, VA 24060**
_____
Address

**Email: hbroberts@live.com**
**540 951 8320  Fax: 540 951 8357**
Telephone Number

**November 14, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Markus Moor** _____
Signature of Authorized Individual

**Markus Moor**
Printed Name of Authorized Individual

**Director of the Board of Directors**
Title of Authorized Individual

**November 14, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*



Xunlight Corporation
3145 Nebraska Ave
Toledo, Ohio 43607
Ph: (419) 469-8600
Fax: (419) 469-8601
www.xunlight.com

July 2, 2014

Mr. Demostenes Barbosa da Silva
Base Energia Sustentável
Encol CENTER ENTERPRISES, SNC, Q 2
BL. D
TOWER A, ROOM 422
BRASILA – DF
70710-500
BRASIL

**Re:** CONTRATO DE FORNECIMENTO DE MÓDULO FOTOVOLTAICOS, FLEXIVEIS E DE PRESTAÇÃODE SERVIÇOS N,° 002 executed by and between Xunlight Corporation and Base Energia Sustentável

Dear Demostenes:

This letter is in connection with the contract for the supply of modules and performance of engineering services referenced above. Xunlight Corporation has at all times been ready and able to meet its obligations under this agreement. At this point it is Base's obligation to have the funds required as a down payment under the contract wired to Xunlight. We expect that Base will perform in accordance with its commitments under the agreement and send these funds to Xunlight. If Base fails to do so, then Xunlight will pursue any and all remedies it has available at law. Xunlight will also notify CESP with respect to this matter.

Sincerely,
Xunlight Corporation

John E. Buckey, President

XUNLIGHT Xunlight Corporation
11-3811168
FYE: 12/31/2014

Book Asset Detail   1/01/14 - 12/31/14

04/29/2014  4:40 PM
Page 1

| Asset | d | Property Description | Date In Service |
|---|---|---|---|

**G/L Account: 1510 - Mach & Equip**

**Sub Account: 000 - General**

| Asset | Property Description | Date In Service |
|---|---|---|
| 5 | A250 Preamplifier | 2/06/01 |
| 6 | 18V Super Combo Power Tool Set | 4/19/04 |
| 7 | Portable Tool Box | 4/19/04 |
| 8 | Drill Press | 4/19/04 |
| 9 | Portable Table Saw | 4/19/04 |
| 15 | Typewriter | 6/18/03 |
| 28 | Used Hydrogen Compressor | 4/06/05 |
| 30 | Router and Router Bits | 6/27/05 |
| 31 | Router Table | 6/27/05 |
| 32 | JET-HVBS-7MW Horizontal Band | 8/15/05 |
| 33 | Vertical Band Saw | 8/29/05 |
| 34 | Milling Machine | 8/29/05 |
| 36 | Jet Drill Press | 8/31/05 |
| 37 | Used Fork Lift | 9/14/05 |
| 52 | Time-Pressure Dispense Unit | 10/11/06 |
| 53 | Plastic Tank and Lid for Hi-Pot Tes | 11/10/06 |
| 54 | Racks for Back End | 12/06/06 |
| 55 | Electric Feed Thru | 10/05/06 |
| 56 | Gas Feed Thru for 1x3 system | 10/09/06 |
| 57 | RR100 Vacuum Chamber | 7/13/06 |
| 58 | Electrode Assembly for 1x3 Chamb | 10/18/06 |
| 59 | Aeroseal Heater | 10/18/06 |
| 60 | Electric Feed Thru for 1x3 Chamber | 11/10/06 |
| 61 | Teflon Sheets and Rods for the Gas | 11/29/06 |
| 62 | Power Feed Thru | 12/14/06 |
| 63 | Seal Rebuilt Alcatel 2012 A Vacuum | 1/31/06 |
| 64 | Magnetic-Base Reversing Drill | 4/04/06 |
| 65 | Jet Lever Shear | 7/12/06 |
| 66 | Welding Torch for Plastic | 7/31/06 |
| 67 | Triple Beam Balance | 7/31/06 |
| 68 | Conductivity Meter for Back End | 8/17/06 |
| 69 | Brown 2709 Conveyor Dryer | 8/22/06 |
| 70 | 3 Stainless Steel Workbenches | 8/28/06 |
| 71 | Used Camco 30 Screen Printing Ma | 8/29/06 |
| 72 | I-100AF Coiler/Decoiler and Attac | 9/14/06 |
| 73 | Four Rollers for Drive System | 10/11/06 |
| 74 | Base Mounted Steel Ball Bearing fe | 10/11/06 |
| 99 | Shot Blaster Handgrinder & Turbo t | 9/28/07 |
| 100 | Lathe | 7/06/07 |
| 101 | Lathe Jet GH-1860 | 7/10/07 |
| 102 | Canon IPF600 Engineering Plotter | 9/20/07 |
| 103 | JOG 32612 Scissor Lift | 9/19/07 |
| 107 | Crown 50 FC Forklift | 9/19/07 |
| 110 | Light Inspection Table | 5/02/07 |
| 111 | Vacuum Gauge | 5/02/07 |
| 112 | Rebuilt Alcatel 2012 Mechanical V. | 5/02/07 |
| 113 | Automatic Wire Cutter | 5/02/07 |
| 114 | Shell Bins & Plastic Tank | 2/28/07 |

XUNLIGHT Xunlight Corporation
11-3811168
FYE: 12/31/2014

Book Asset Detail   1/01/14 - 12/31/14

04/29/2014 4:40 PM
Page 2

G/L Account: 1510 - Mach & Equip

| Asset  d / _ | Property Description | Date In Service |
|---|---|---|
| 115 | Fiberglass Pan | 5/02/07 |
| 116 | Worker Adjustable Chairs | 5/02/07 |
| 117 | SS Mesh for Laminator | 5/02/07 |
| 118 | 3 Work Benches & Soldering Station | 5/02/07 |
| 119 | Work bench for Back End | 5/02/07 |
| 120 | Used American M&M Service Printer | 5/02/07 |
| 121 | Data Acquisitions unit | 5/02/07 |
| 131 | Caterpillar 2C Forklift | 9/19/07 |
| 131 | Hand Electric Drill | 9/19/07 |
| 136 | Raintree 7071 Heavy Duty Cutter | 5/02/07 |
| 138 | Powerboss 5800 Sweeper | 9/19/07 |
| 201 | 10 Ton Trane Chiller - Used | 1/23/08 |
| 205 | 2002 Electric Club Car | 1/28/08 |
| 206 | Hydrogen Detector | 2/27/08 |
| 207 | Portable Fume Hood | 4/24/08 |
| 208 | Used Clark Fork Lift 15500 | 5/02/08 |
| 209 | Evolution Telephone System | 5/02/08 |
| 210 | 3 MS A 30 Mfd Hi Press Cylinder | 5/16/08 |
| 211 | PKG Sycromace 350 LX Welder | 5/22/08 |
| 212 | Telescoping Boom for Forklift | 5/22/08 |
| 213 | ISJ Ventilation Anemometer | 6/05/08 |
| 211 | 300 Pallet Racking | 6/17/08 |
| 215 | Orbital Welder | 7/01/08 |
| 216 | Custom Beam Coil Handler | 8/07/08 |
| 217 | 2 Conveyor High Lift Tables | 10/23/08 |
| 218 | Ladder w/ Railings | 10/23/08 |
| 219 | Hypot UI 1RA III | 10/30/08 |
| 220 | Ductless Fume Hood | 10/30/08 |
| 222 | Precision Spectral Pyranometer | 11/21/08 |
| 283 | Thermal Camera | 12/31/08 |
| 392 | Bulk Gas Storage Unit | 2/28/09 |
| 393 | SI-101 Vibration Screening Instrum | 1/31/09 |
| 391 | Reatine Checkers Handheld Prob | 1/31/09 |
| 395 | Komatsu FB35SH-1 Forklift | 2/28/09 |
| 396 | 48 Volt to 48 Volt Charger for 12300 | 4/30/09 |
| 397 | Motorola 10 Kw Batteries | 5/31/09 |
| 398 | D150 BFA Dental 2 Belt | 7/08/09 |
| 399 | 8000 J Gays Duty Waste Pellet Tra | 7/15/09 |
| 100 | 1625-KIT ND Hibot Cart Ground | 8/19/09 |
| 101 | AMS V-Lite III Analyzer VIP Test | 9/02/09 |
| 102 | 36 Volt Forklift Charger | 10/16/09 |
| 103 | 2 Body-sport Mills - CNC and Man | 10/29/09 |
| 104 | Chamfered Goldeater Lathe Model | 10/29/09 |
| 105 | Battery Profile Analyzer | 11/02/09 |
| 106 | All-Test PR 31 w Condition Cabal | 11/12/09 |
| 109 | Shipping & QC Table | 5/06/10 |
| 110 | Submerged Recover Vacuum Mole | 1/01/10 |

XUNLIGHT Xunlight Corporation

11-3811168
FYE: 12/31/2014

Book Asset Detail   1/01/14 - 12/31/14

04/29/2014  4:40 PM
Page 3

| Asset | d | Property Description | Date In Service |
|---|---|---|---|
| | | **G/L Account: 1510 - Mach & Equip** | |
| | | **000 - General** | |
| | | **Sub Account: 175 - 25MW PECVD** | |
| 389 | | 24 MW PECVD Machine | 7/01/09 |
| 420 | | 25MW PECVD Addition #1 | 1/01/10 |
| 421 | | 25MW PECVD Addition #2 | 6/30/10 |
| 422 | | 25MW PECVD Addition #3 | 12/31/10 |
| 477 | | 25MW PECVD Addition #4 | 8/31/11 |
| | | **175 - 25MW PECVD** | |
| | | **Sub Account: 200 - 25MW BR** | |
| 423 | | 25MW BR Addition #1 | 1/01/10 |
| 424 | | 25MW BR Addition #2 | 6/30/10 |
| 425 | | 25MW BR Addition #3 | 12/31/10 |
| 478 | | 25MW BR Addition #4 | 8/31/11 |
| | | **200 - 25MW BR** | |
| | | **Sub Account: 400 - Module Equipment** | |
| 426 | | Cell Cutter | 1/01/10 |
| 427 | | Unwinder/Cutter | 1/01/10 |
| 428 | | Screen Printer | 1/01/10 |
| 429 | | Laminator #1 | 1/01/10 |
| 430 | | Laminator #2 | 1/01/10 |
| 431 | | Wash/Dry System | 1/01/10 |
| 432 | | Laser Welder | 1/01/10 |
| 433 | | Cell Tabbing System | 1/01/10 |
| 434 | | Diode Attach System | 1/01/10 |
| 435 | | Laser Scribe Cabinet | 1/01/10 |
| 436 | | Shunt Passivation System | 1/01/10 |
| 437 | | Lowlight Voc System | 1/10/10 |
| 438 | | Cell Stringing System | 1/01/10 |
| 439 | | Trim Tables | 1/01/10 |
| 440 | | Dry Hipot System | 1/01/10 |
| 441 | | EVA Sheet Cutter | 1/01/10 |
| 442 | | Work in Process Tables | 1/01/10 |
| 443 | | Spray Coating System | 1/01/10 |
| 444 | | Low Light System | 1/01/10 |
| 445 | | Layup System | 1/01/10 |
| 446 | | Solar Simulator | 1/01/10 |
| 447 | | MES Stands | 1/01/10 |
| 448 | | Temperature Test Chamber | 1/01/10 |
| 449 | | Tape Application System #2 | 1/01/10 |
| 450 | | Heat Press | 1/01/10 |
| 451 | | Power Supply, 200W - Test Equity | 1/01/10 |
| 452 | | Viscometer 115V - Lng. Area | 1/01/10 |
| 453 | | Aluminum Trays | 1/01/10 |
| 454 | | Squeegee Cutter | 1/01/10 |

XUNLIGHT Xunlight Corporation

11-3811168

FYE: 12/31/2014

Book Asset Detail    1/01/14 - 12/31/14

04/29/2014 4:40 PM

Page 4

| Asset | d | Property Description | Date In Service |
|---|---|---|---|

**G/L Account: 1510 - Mach & Equip**

| Asset | Property Description | Date In Service |
|---|---|---|
| 455 | Solar Simulator | 6/30/10 |
| 456 | Coil Cutter | 6/30/10 |
| 457 | Laser Etching Station for Coil Cuttc | 6/30/10 |
| 458 | Laminator #2 | 6/30/10 |
| 459 | Shunt Passivation System | 6/30/10 |
| 460 | Wire Threader Machine | 6/30/10 |
| 461 | Electro-Chemical Isolation | 6/30/10 |
| 462 | MES Stands | 6/30/10 |
| 463 | Coil Cutter | 12/31/10 |
| 464 | Screen Printer | 12/31/10 |
| 465 | Laminator #1 | 12/31/10 |
| 466 | Wash/Dry System | 12/31/10 |
| 467 | Shunt Passivation System | 12/31/10 |
| 468 | Finishing System | 12/31/10 |
| 470 | Electro-Chemical Isolation | 12/31/10 |
| 480 | Toloku Seiki 4-Stage Rinsing Statio | 7/01/12 |
| 481 | Toloku Seiki 4-Stage Rinsing Statio | 7/01/12 |
| 482 | Toloku Seiki 3-Zone Electric Belt I | 7/01/12 |
| 483 | Toloku Seiki VOC Inspection Stati | 7/01/12 |
| 484 | Toloku Seiki Cell Loading Stationi | 7/01/12 |
| 485 | Toloku Seiki Buffing Station | 7/01/12 |
| 486 | Toloko Seiki Negative Copper Tab | 7/01/12 |
| 487 | Toloko Seiki Tape. Tab & Wire Plt | 7/01/12 |
| 488 | Toloko Seiki Wire & Tab Bonding | 7/01/12 |
| 489 | Toloko Seiki Insp. Meas. & Unloac | 7/01/12 |
| 490 | Komax Blanking Machine | 7/01/12 |
| 491 | Grieve NBS-400 Electric Oven | 8/01/12 |
| 492 | Shen/han Robotsung Auto Cutter | 12/01/12 |

**400 - Module Equipment**

**1510 - Mach & Equip**

**G/L Account: 1540 - Leasehold Imp**

**Sub Account: 000 - General**

| Asset | Property Description | Date In Service |
|---|---|---|
| 75 | Low Bay Lighting | 8/14/07 |
| 76 | High Bay Lighting | 8/23/07 |
| 77 | Signage | 10/01/07 |
| 78 | Signs | 10/04/07 |
| 227 | Low Bay Enclosure 4MW/25MW Sy | 3/20/08 |
| 228 | Weather Seal on Outside Perimeter | 4/03/08 |
| 229 | Metal Fire Door w/ Panic Bar for G | 3/20/08 |
| 230 | Gas Bottle Storage Bin Outside Buil | 4/07/08 |
| 231 | Fencing Shipping Receiving Area | 4/11/08 |
| 232 | Service and Steel Fire Door for Pun | 4/11/08 |
| 233 | Basic Power Logger - Electrical Lo | 5/09/08 |
| 234 | Motor for High Bay Heating Unit | 5/15/08 |
| 235 | Steam Cleaner w/1.5e Wash Showe | 5/15/08 |
| 236 | Glycol Sprinkler System for Gas Sto | 5/23/08 |

XUNLIGHT Xunlight Corporation
11-3811168
FYE: 12/31/2014

Book Asset Detail   1/01/14 - 12/31/14

04/29/2014  4:40 PM
Page 5

**G/L Account: 1540 - Leasehold Imp**

| Asset # | Property Description | Date In Service |
|---|---|---|
| 237 | Pagme Horns & Ring Ton | 3/27/08 |
| 238 | Dell 18 Managed Switches Ethernet | 5/29/08 |
| 239 | Press Washer System - SW Highhbay | 6/10/08 |
| 240 | Fence w/ Barbed Wire and Privacy | 6/12/08 |
| 241 | Prototype Entrance Ramp for Gas N | 6/17/08 |
| 242 | New Wall Shipping Area for Overhs | 6/17/08 |
| 243 | Venting System Exhaust Fans - IM | 6/18/08 |
| 244 | DI Water Distribution System | 6/26/08 |
| 245 | Overhead Doors for Shipping & Re | 6/26/08 |
| 246 | Power Units For Work Stations - 2n | 7/01/08 |
| 247 | Electrical Utilities for Machine Sho | 7/31/08 |
| 248 | Upgrade 6 Air Makeup Units in Low | 8/28/08 |
| 250 | Protective Bollards for Gas Storage | 9/21/08 |
| 251 | Electric Service to 1' Conveyor Ove | 10/03/08 |
| 252 | Refrigeration System for T/V A Wire | 9/11/08 |
| 253 | GF Spectra 1000 V Switchboard and | 10/07/08 |
| 254 | Electrical Service Upgrade | 10/07/08 |
| 255 | light Fixtures and Lamps for Highb | 10/23/08 |
| 256 | Light Fixtures and Lamps for Media | 10/23/08 |
| 257 | 6 Duct Detectors for Low Bay | 10/24/08 |
| 258 | Electrical Drops for Control Boxes I | 10/30/08 |
| 259 | Electrical Design Work for Untig B | 10/16/08 |
| 260 | Install HEPA Safety Apparatus | 10/16/08 |
| 261 | Move Environmental Chambers | 10/06/08 |
| 262 | GAS HP Air Compressor | 10/30/08 |
| 263 | 1 Overhead and 2 Man Doors | 11/07/08 |
| 264 | Control System Upgrade of UV V C | 8/21/08 |
| 265 | Light Installation Module Mfg | 10/16/08 |
| 266 | Plant Electrical Panels | 10/16/08 |
| 267 | Compressed Air Piping and Pad Exension | 9/21/08 |
| 269 | Epoxy Plant | 10/23/08 |
| 272 | Emergency Lighting & Exit Sicnage | 10/06/08 |
| 273 | Chiller Control Low Bay Area | 11/30/08 |
| 271 | Exit Lights and Emergency Lighting | 12/12/08 |
| 261 | Upgrade Electrical Power High Bay | 12/30/08 |
| 288 | Electrical Wiring for Theme Panic | 12/30/08 |
| 289 | Electrical Wiring for Theme Space | 12/30/08 |
| 290 | 3 Gate Operators and Fencing | 12/31/08 |
| 291 | Sprinkler Branch Lines - Mechanic | 12/31/08 |
| 292 | Sprinkler for Lowbay Temp Office | 12/31/08 |
| 293 | Safety Lights for Hydrogen Cylinde | 12/31/08 |
| 291 | Complete Finish on Highbay Floor | 12/31/08 |
| 295 | CO2 Pellet Blast Wall/Paint Lowbe | 7/25/08 |
| 373 | 120v Power to VDI Fire Alarm Pan | 1/31/09 |
| 377 | 3 Gate Operators and Associated Fe | 1/31/09 |
| 379 | Install Electric for Security and Ca | 1/31/09 |
| 380 | Fire Signal The In to Lowbay Mff | 1/31/09 |
| 381 | Trash/Scrap Removal/Concrete Insti | 1/31/09 |
| 383 | Electrics for Desks in Portables Off | 3/31/09 |

XUNLIGHT Xunlight Corporation
11-3811168
FYE: 12/31/2014

Book Asset Detail 1/01/14 - 12/31/14

04/29/2014 4:40 PM
Page 7

| Asset | d | Property Description | Date In Service |
|---|---|---|---|

**G/L Account: 1560 - QA Equipment**

No Sub Account

| 370 | | Granite Surface Plate & Mitutoyo C | 12/31/09 |
| 407 | | QC Laser Optics Package | 2/25/10 |

**1560 - QA Equipment**

**G/L Account: 1570 - EDP Equipment**

Sub Account:

| 2 | | Hard Drive | 11/28/04 |
| 3 | | Printer | 11/28/04 |
| 4 | | Desktop Computer | 11/28/04 |
| 12 | | Compaq Desktop Computer | 1/01/03 |
| 13 | | Dell Computer | 3/29/04 |
| 14 | | Quickbooks Software | 6/10/03 |
| 16 | | Printer | 8/07/03 |
| 18 | | Machine Computer | 6/02/04 |
| 19 | | HP Printer w/ Scanner & Copier | 7/28/04 |
| 20 | | Laser Printer | 8/01/04 |
| 21 | | Brother Laser all-in-one printer | 5/03/05 |
| 22 | | Dell PC | 8/05/05 |
| 23 | | Brother Printer-Copier-Scanner-Fax | 8/06/05 |
| 24 | | Used Computers and Monitors | 8/30/05 |
| 25 | | Printer | 9/21/05 |
| 26 | | B & W Laser Printer | 11/28/05 |
| 27 | | Used AutoCAD Software | 11/30/05 |
| 29 | | Dell Dimension 9100 Computer | 10/04/05 |
| 12 | | Dell Dimension 5150 | 1/31/06 |
| 13 | | Compaq Laptop Computer | 2/08/06 |
| 44 | | Color Printer | 3/20/06 |
| 15 | | Dell Dimension 5150 PC | 3/24/06 |
| 46 | | LCD Monitor | 7/11/06 |
| 17 | | Digital Camera | 10/01/06 |
| 48 | | Color Printer | 10/24/06 |
| 49 | | Microsoft Project Manager Softwar | 11/01/06 |
| 50 | | Trest Cell Phone | 11/30/06 |
| 51 | | Trest Cell Phone | 12/20/06 |
| 80 | | Dell Dimension E520 Computer | 5/02/07 |
| 81 | | Desktop Computer | 7/11/07 |
| 82 | | Vino Laptop Computer | 8/16/07 |
| 83 | | 2 Dell Computers | 8/20/07 |
| 84 | | PC w/ XP Pro for Security | 8/21/07 |
| 85 | | Dell Desktop Dual Core | 9/12/07 |
| 86 | | 2 QuickBooks Premier Software | 9/18/07 |
| 87 | | Dell Desktop | 9/19/07 |
| 88 | | QuickBooks Mfg Software | 10/03/07 |
| 89 | | 3 Solid Works 3D Vision Seats | 10/18/07 |
| 90 | | Camcorder Computer & Software | 11/30/07 |
| 91 | | 3 Dell Computers | 12/06/07 |

XUNLIGHT Xunlight Corporation
11-3811168
FYE: 12/31/2014

Book Asset Detail   1/01/14 - 12/31/14

04/29/2014 4:40 PM
Page 7

| Asset | Property Description | Date In Service |
|---|---|---|
| d | | |

**G/L Account: 1560 - QA Equipment**

**1560 - QA Equipment**

| | | |
|---|---|---|
| 370 | Granite Surface Plate & Microlaye C | 12/31/09 |
| 407 | QC Laser Optics Package | 2/25/10 |

No Sub Account

**G/L Account: 1570 - EDP Equipment**

Sub Account:

| | | |
|---|---|---|
| 2 | Hard Drive | 11/28/04 |
| 3 | Printer | 11/28/04 |
| 1 | Desktop Computer | 11/28/04 |
| 12 | Compaq Desktop Computer | 1/01/03 |
| 13 | Dell Computer | 3/29/04 |
| 14 | Quickbooks Software | 6/10/03 |
| 16 | Printer | 8/07/03 |
| 18 | Machine Computer | 6/02/04 |
| 19 | HP Printer w/ Scanner & Copier | 7/28/04 |
| 20 | Laser Printer | 8/01/04 |
| 21 | Brother Laser all-in-one printer | 5/03/05 |
| 22 | Dell PC | 8/05/05 |
| 23 | Brother Printer-Copier-Scanner-Fax | 8/06/05 |
| 24 | Used Computers and Monitors | 8/30/05 |
| 25 | Printer | 9/21/05 |
| 26 | B & W Laser Printer | 11/28/05 |
| 27 | Used AutoCAD Software | 11/30/05 |
| 29 | Dell Dimension 9100 Computer | 10/04/05 |
| 12 | Dell Dimension 5150 | 1/31/06 |
| 13 | Dell Dimension 5150 | 2/08/06 |
| 44 | Compaq Laptop Computer | 3/20/06 |
| 43 | Color Printer | 3/24/06 |
| 15 | Dell Dimension 5150 PC | 7/17/06 |
| 46 | LCD Monitor | 10/01/06 |
| 17 | Digital Camera | 10/24/06 |
| 48 | Color Printer | 11/01/06 |
| 49 | Microsoft Project Manager Softwan | 11/30/06 |
| 50 | Treo Cell Phone | 12/20/06 |
| 51 | Treo Cell Phone | 5/02/07 |
| 80 | Dell Dimension 1520 Computer | 7/11/07 |
| 81 | Desktop Computer | 8/16/07 |
| 82 | Vino Laptop Computer | 8/20/07 |
| 83 | 2 Dell Computers | 8/21/07 |
| 84 | PC w/ XP Pro for Security | 9/12/07 |
| 85 | Dell Desktop Dual Core | 9/18/07 |
| 86 | 2 QuickBooks Premier Software | 9/19/07 |
| 87 | Dell Desktop | 10/03/07 |
| 88 | QuickBooks Mfg Software | 10/18/07 |
| 89 | 3 Solid Works 3D Vision Seats | 11/30/07 |
| 90 | Camcorder Computer & Software | 12/06/07 |
| 91 | 3 Dell Computers | |

**Book Asset Detail   1/01/14 - 12/31/14**

**G/L Account: 1570 - EDP Equipment**

| Asset | d | Property Description | Date In Service |
|---|---|---|---|
| 92 | | Solid Works 3D Vision Seat | 12/12/07 |
| 101 | | Laptop Computer & Case | 5/02/07 |
| 105 | | Lab Computer | 5/02/07 |
| 106 | | PC for Drive System Design | 5/02/07 |
| 139 | | Dell Computer - Process Hdware - P | 5/02/07 |
| 110 | | Dell Server | 1/18/08 |
| 141 | | Trend Software 22 Licenses | 2/15/08 |
| 142 | | 5 Vista Business Upgrades | 2/15/08 |
| 143 | | 11 Windows XP Pro Upgrades | 2/15/08 |
| 144 | | Computer Projector - Acer | 2/15/08 |
| 145 | | ISO 9001 Software | 1/01/08 |
| 146 | | User License MS Windows | 2/08/08 |
| 147 | | Dell Computer - Admin - Berkel | 2/15/08 |
| 118 | | Dell Computer - Elec Design - Fish | 2/15/08 |
| 149 | | Dell Computer - Sales - Longthorne | 2/15/08 |
| 150 | | Map Software | 2/25/08 |
| 151 | | Dell Computer - Receiving - LeVall | 2/27/08 |
| 152 | | Vato Computer - Corp - Xunming T | 3/01/08 |
| 153 | | Vato Computer - Eng - Masut I/zu | 3/01/08 |
| 154 | | Dell Computer - HR - Urbanski | 3/14/08 |
| 155 | | Dell Computer - Elec Design - Coop | 3/14/08 |
| 156 | | Solidworks Software | 3/20/08 |
| 157 | | Dell Computer - Quality - Hooper | 3/20/08 |
| 158 | | Dell Computer - Conference Room | 4/03/08 |
| 159 | | Cad Station - Mech Design - Webst | 4/03/08 |
| 160 | | Dell Computer - Front End Assemb | 4/03/08 |
| 161 | | Dell Computer - Admin - Truscinsk | 4/03/08 |
| 162 | | Dell Computer - Mech Design - Mo | 4/03/08 |
| 163 | | 2008 AutoCAD LT | 4/18/08 |
| 164 | | Dell Computer - Purchasing - Andr | 4/24/08 |
| 165 | | Dell Computer - Front End - Sims | 4/24/08 |
| 166 | | Dell Computer - Facilities - Arndt | 4/24/08 |
| 167 | | Dell Computer - Opt - Du | 5/22/08 |
| 168 | | Dell Computer - Opt - Babu | 5/22/08 |
| 169 | | Dell Computer - Module - Hu | 5/22/08 |
| 170 | | Dell Computer - Front End | 5/22/08 |
| 171 | | CAD Workstation - Mech Design - | 5/22/08 |
| 172 | | CAD Station - Mech Design - McG | 5/22/08 |
| 173 | | Dell Computer - Electrical Design | 5/29/08 |
| 174 | | Gerber Conversion Software | 6/05/08 |
| 175 | | Dell Computer - Sales | 6/18/08 |
| 176 | | Dell Computer - Corp | 6/18/08 |
| 177 | | Dell Computer - Facility | 6/18/08 |
| 178 | | Dell Computer - Corp | 6/18/08 |
| 179 | | Dell Computer - Corp | 6/18/08 |
| 180 | | Dell Computer - Mechanical Design | 6/18/08 |
| 181 | | Dell Computer - Electrical Design | 6/18/08 |
| 182 | | Dell Computer - Electrical Design | 6/18/08 |
| 183 | | Dell Computer - Mechanical Design | 6/18/08 |

XUNLIGHT Xunlight Corporation
11-3811168
FYE: 12/31/2014

Book Asset Detail 1/01/14 - 12/31/14

04/29/2014 4:40 PM
Page 9

**G/L Account: 1570 - EDP Equipment**

| Asset | Property Description | Date In Service |
|---|---|---|
| 181 | Dell Computer - Optimization | 6/18/08 |
| 185 | 2 Dell UltraSharp Flat Screens | 7/31/08 |
| 186 | Dell UltraSharp Flat Screens | 7/31/08 |
| 187 | Dell Latitude 350 Laptop - Orbital | 9/11/08 |
| 188 | Primavera Project Management Saf | 10/02/08 |
| 188 | Dell Optiplex 330 Minitower w/ Mc | 10/06/08 |
| 189 | Dell Optiplex 330 Minitower w/ Mc | 10/06/08 |
| 190 | Dell Optiplex 330 Minitower w/ Mc | 10/06/08 |
| 191 | Dell Optiplex 330 Minitower | 10/06/08 |
| 192 | Dell Optiplex 330 Minitower | 10/06/08 |
| 193 | Dell Laptop Computer - B. Hooper | 10/23/08 |
| 194 | Adran Netvanta 3305 Access Rout | 10/23/08 |
| 195 | Interactive White-Board & Projecto | 11/23/08 |
| 196 | MicroMain Maintenance Managem | 12/05/08 |
| 277 | SolidWork Engineering Software | 12/31/08 |
| 278 | GAGetrak 6.5 Software | 12/31/08 |
| 279 | Dell PowerEdge 2970 Security Ser | 12/31/08 |
| 280 | 5 Dell Optiplex 330 Minitowers w/ | 12/31/08 |
| 281 | 5 Dell Optiplex 330 Minitowers w/ | 12/31/08 |
| 296 | Ujeami Thin Computers | 3/31/09 |
| 297 | Barcode Scanners | 3/31/09 |
| 298 | LCD Display for Module Mfg | 1/31/09 |
| 299 | Dell Latitude Laptop for Mod Mfg / | 1/29/09 |
| 300 | Dell Optiplex 740 Minitower & Mo | 3/12/09 |
| 301 | Dell Optiplex 740 Minitower & Mo | 3/12/09 |
| 302 | Dell Optiplex 740 Minitower & Mo | 3/12/09 |
| 303 | Dell Optiplex 740 Minitower & Mo | 3/12/09 |
| 304 | Dell Optiplex 740 Minitower & Mo | 3/12/09 |
| 305 | 5 Office Small Business 2007 Softw | 3/12/09 |
| 306 | Dell Precision 15400 Engineering C | 3/26/09 |
| 307 | Dell Poweredge 2970 with (2) Qua | 4/02/09 |
| 308 | 4 Dell UltraSharp Flat Screens | 4/02/09 |
| 309 | Dell Precision T3400 Workstation | 4/02/09 |
| 310 | Dell Precision 15400 Engineering C | 4/23/09 |
| 311 | Dell Precision 15400 Engineering C | 1/23/09 |
| 312 | Optiplex 740 Minitower w/ Monito | 4/29/09 |
| 313 | Optiplex 740 Minitower w/ Monito | 4/29/09 |
| 314 | Optiplex 740 Minitower w/ Monito | 4/29/09 |
| 315 | Optiplex 740 Minitower w/ Monito | 4/29/09 |
| 316 | Microsoft Server 2003 | 4/29/09 |
| 317 | Dell Optiplex 755 w/ Widescreen N | 5/07/09 |
| 318 | Builder License | 5/07/09 |
| 319 | MicroMain Facility Management So | 5/14/09 |
| 320 | Lenovo 2Ghz Computer w/Monitor | 5/29/09 |
| 321 | Lenovo 3600 Computer | 5/29/09 |
| 322 | Vostro 1710 w/ Intel Core 2 Duo I: | 6/05/09 |
| 323 | Vostro 1710 w/ Intel Core 2 Duo I: | 6/05/09 |
| 324 | OptiPlex 740 Minitower w/ Monito | 6/18/09 |
| 325 | OptiPlex 740 Minitower w. Monito | 6/18/09 |
| 326 | OptiPlex 740 Minitower w/ Monitor | 6/18/09 |

XUNLIGHT Xunlight Corporation
11-381168
FYE: 12/31/2014

Book Asset Detail    1/01/14 - 12/31/14

04/29/2014  4:40 PM
Page 10

## G/L Account: 1570 - EDP Equipment

| Asset | Property Description | Date In Service |
|---|---|---|
| 327 | OptiPlex 710 Minitower w/ Accu | 6/18/09 |
| 328 | Small Business License 2008 - 20 | 6/25/09 |
| 329 | Sony Vaio Laptop for Liwei Xu | 7/01/09 |
| 330 | Mfg Computer & Monitor replace 1 | 7/08/09 |
| 331 | Mfg Computer & Monitor replace 1 | 7/08/09 |
| 332 | Mfg Computer & Monitor replace 1 | 7/08/09 |
| 333 | ThinkCentre M58 - Amorphous Gr | 7/15/09 |
| 334 | ThinkCentre M58 - Amorphous Gr | 7/15/09 |
| 335 | Lenovo 8258464L 433 Computer | 8/19/09 |
| 336 | OptiPlex 740 Minitower AMD Ath | 8/20/09 |
| 337 | OptiPlex 740 Minitower AMD Ath | 8/20/09 |
| 338 | OptiPlex 740 Minitower AMD Ath | 8/20/09 |
| 339 | OptiPlex 740 Minitower AMD Ath | 8/20/09 |
| 310 | OptiPlex 740 Minitower AMD Ath | 8/20/09 |
| 311 | DesignJet Version-1 | 9/11/09 |
| 312 | Dell 520 Computer and Monitor | 9/11/09 |
| 313 | Dell 520 Computer and Monitor | 9/11/09 |
| 314 | Dell 520 Computer and Monitor | 9/11/09 |
| 315 | Dell 520 Computer and Monitor | 9/11/09 |
| 316 | Dell Desktop-Dps 1HP6t System | 9/16/09 |
| 317 | PowerEdge T105 Dual Core AMD | 9/30/09 |
| 318 | MS Windows Small Business Serv | 9/30/09 |
| 319 | 2.8Gb Memory Unit and Rack Nor | 10/07/09 |
| 350 | Dell Precision WorkStation | 10/07/09 |
| 351 | Dell Poweredge 2970 w/ (2) Quad ( | 10/22/09 |
| 352 | Dell Latitude Laptop E4300 | 10/22/09 |
| 353 | Dell Latitude Laptop E4300 | 10/22/09 |
| 354 | Deltek Cobra 5.0 Software | 10/25/09 |
| 355 | Dell Latitude D6101 Laptop | 12/31/09 |
| 356 | Lenovo Computer System | 12/31/09 |
| 313 | Dell Optiplex GX-620 | 1/22/10 |
| 314 | Dell Optiplex GX-620 | 1/22/10 |
| 315 | Dell Optiplex GX-620 | 1/22/10 |
| 316 | Lab Windows CVI Measurement Sc | 2/11/10 |
| 317 | Dell Precision 1550n | 10/21/10 |
| 318 | Dell Precision T1550 | 10/21/10 |
| 376 | CS Fixed Assets Software | 12/01/10 |
| 393 | Catalyst Manufacturing Software | 12/01/12 |
| 396 | 2 PowerEdge T310 Servers | 7/01/12 |

No Sub Account

1570 - EDP Equipment

Sub Account:

XUNLIGHT Xunlight Corporation
11-3811168
FYE: 12/31/2014

Book Asset Detail   1/01/14 - 12/31/14

04/29/2014  4:40 PM
Page 11

| Asset | d | Property Description | Date in Service |
|---|---|---|---|
| | | **G/L Account: 1580 - Furn & Fixtures** | |
| 1 | | Desks and Chairs | 1/01/03 |
| 10 | | Fire Safe | 3/11/03 |
| 11 | | Two Folding Tables W/ Plastic Top | 7/11/03 |
| 17 | | Fax & Chairs | 11/28/03 |
| 38 | | Used Cabinets & Chairs | 8/30/05 |
| 39 | | Used Furnitures, Fixtures and Hardw | 11/21/05 |
| 40 | | Medium Duty Steel Table Cart | 2/23/06 |
| 41 | | Unispat Components for Drive Stru | 9/19/06 |
| 93 | | Office Furniture | 7/06/07 |
| 94 | | Furniture | 7/18/07 |
| 95 | | Furniture | 8/11/07 |
| 96 | | Conference Room Furniture | 8/16/07 |
| 97 | | Furniture | 8/16/07 |
| 98 | | Building Locks | 9/11/07 |
| 108 | | Extend Fence for Shop | 5/02/07 |
| 109 | | Used Office Furniture | 9/11/07 |
| 197 | | 2nd Floor Office Furniture & Equip | 1/09/08 |
| 199 | | Modular Office in Plant | 10/23/08 |
| 200 | | Ventilation for Modular Office in P | 10/30/08 |
| 201 | | Office Furniture - Front End Area | 11/21/08 |
| 202 | | Communication Drops for Plant Offi | 10/23/08 |
| 203 | | Work stations for Modular Office in | 12/01/08 |
| 357 | | Install Duct Intake for Portable Offic | 2/05/09 |
| 408 | | Custom 10 X 20 Portable Exhibit | 10/14/10 |

No Sub Account

XUNLIGHT Xunlight Corporation
11-3811168
FYE: 12/31/2014

Book Asset Detail    1/01/14 - 12/31/14

04/29/2014  4:40 PM
Page 6

| Asset | Property Description | Date In Service |
|---|---|---|
| | **G/L Account: 1540 - Leasehold Imp** | |
| | **000 - General** | |
| 384 | Installation Facility Site Power Up | 4/30/09 |
| 385 | Mezzanine Sliding Main Gate | 5/31/09 |
| 386 | 3 HR Fire Rated Overhead Door | 5/31/09 |
| 390 | Rigging for (2) Roll-to-Roll Units | 12/31/09 |
| 391 | Machine Shop Electrical Install | 12/31/09 |
| 411 | Air Conditioning System | 9/16/10 |
| 412 | 480 Volt Service Upgrade | 9/30/10 |
| 419 | Power for Vacuum Exhaust | 12/15/10 |
| 493 | 2 UARS Phases model I200 Boiler | 2/01/12 |
| 491 | Receiver for Production Chiller | 2/01/12 |
| | **Sub Account: 175 - 25MW PECVD** | |
| 471 | 25MW PECVD Leasehold Imp #1 | 1/01/10 |
| 472 | 25MW PECVD Leasehold Imp #2 | 6/30/10 |
| | **175 - 25MW PECVD** | |
| | **Sub-Account: 200 - 25MW BR** | |
| 473 | 25MW BR Leasehold Imp #1 | 1/01/10 |
| | **200 - 25MW BR** | |
| | **Sub Account: 400 - Module Equipment** | |
| 474 | Module Mfg Leasehold Imp #1 | 1/01/10 |
| 475 | Module Mfg Leasehold Imp #2 | 6/30/10 |
| | **400 - Module Equipment** | |
| | **1540 - Leasehold Imp** | |
| | **G/L Account: 1560 - QA Equipment** | |
| | **Sub Account:** | |
| 223 | Portable Surface Roughness Analy | 11/07/08 |
| 224 | Solar Simulator | 7/18/08 |
| 225 | HR2000 User-Configured Spectron | 8/28/08 |
| 226 | HiPot Tanks | 11/07/08 |
| 358 | Bipolar Power Supply 50V | 3/31/09 |
| 359 | Chatillon Motorized Digital Force 1 | 4/30/09 |
| 360 | Optical Chopper System w/ Lock-Ir | 5/30/09 |
| 361 | Newport Optical Table | 5/30/09 |
| 362 | Apex Monochromator Illuminator | 6/30/09 |
| 363 | Micrometer Driven Variable Slit | 6/30/09 |
| 364 | Portable IV Curve Tracer w/ Photo | 6/30/09 |
| 365 | 2 Fiber Light Dual Gooseneck | 6/30/09 |
| 366 | Sorenson Programmable DC Power | 7/31/09 |
| 367 | Flir A320 (2012) with Thermo Vis | 8/30/09 |
| 368 | Trinocular Stereo Zoom Microscop | 11/01/09 |
| 369 | Reflectance/Transmittance Sphere | 11/12/09 |

# United States Bankruptcy Court
## Northern District of Ohio

In re    **Xunlight Corporation** _____,     Case No. _____

                                     Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,885,150.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 25,642,878.11 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 1,563.71 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 27 | | 2,828,646.83 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| | Total Assets | | 1,885,150.00 | | |
| | | Total Liabilities | | 28,473,088.65 | |

# United States Bankruptcy Court
## Northern District of Ohio

In re    **Xunlight Corporation** _____,

                                                   Debtor

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re    **Xunlight Corporation**                   ,     Case No. _____

                                 Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | - | 0.00 | 0.00 |

|  | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 0.00 | |

   **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re **Xunlight Corporation**                                     , Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Accounts with HNB Flexible spending account 4807 | - | 0.00 |
| | | Checking with Huntington acct #...5658 Primary Disbursements | - | 0.00 |
| | | Account with Huntington #...0791/Emerald Depository | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | deposit to IBC, Inc. according to current lease agreement | - | 50,000.00 |
| | | Huntington National Bank reimbursement agreement in favor of Toledo-Lucas County Port Authority. | - | 300,000.00 |
| | | Bank of NY Mellon Trust Co. Trustee, deposit in favor of the State of Ohio | - | 700,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >        **1,050,000.00**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

In re __Xunlight Corporation_____,     Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >      <b>0.00</b><br>(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re __Xunlight Corporation_____,    Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Equipment purchase agreement with Kunshan** | - | **Unknown** |
| | | **Demand letter claim against Basa Energia Sustentavel, attached as Exhibit B-1.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **PAT. NO.    Title** <br> **1. 8,434,881   Solar simulator for flexible solar modules** <br> **2. 8,298,339   Roll-to-roll continuous thin film PV manufacturing process and equipment with real time online IV measurement** <br> **3. 8,205,400   Solar panel roof kit** <br> **4. 8,187,016   Terminal assembly including a junction box for a photovoltaic module and method of forming** <br> **5. 8,173,477   Isolation chamber and method of using the isolation chamber to make solar cell material** <br> **6. D631,005   Photovoltaic module design** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Company provides a sub-license to Xunlight Asia in which Xunlight has no equity interest.** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See Schedule B Ex 2 attached** | - | **Unknown** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See attached Schedule B Ex 2** | - | **Unknown** |
| 30. Inventory. | | **1. Finished Solar Cells 1.5 MW@.05-.35 per watt** | - | **750,000.00** |
| | | **2. Unfinished solar slab 700W** | - | **50,000.00** |

Sub-Total >      **800,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re  **Xunlight Corporation**_____,  Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **3. Finished modules** | - | 35,000.00 |
| | | **4. Silver targets** | - | 150.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 35,150.00 |
| (Total of this page) | |
| Total > | 1,885,150.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re   **Xunlight Corporation**                              ,      Case No. _____

                                 Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Business Expense | | | | | |
| **Bank of NY Mellon** **1660 West Second St, Suite 830** **Cleveland, OH 44113** | | - | | | | | | | | |
| | | | | | Value $         **0.00** | | | | 372,151.46 | 372,151.46 |
| Account No. | | | | | | | | | | |
| **Daniele Oppizzi** **Avenue de Bellevaux 42** **2000 Neuchatel** **Switzerland** | | - | | | | | | | | |
| | | | | | Value $       **Unknown** | | | | 305,597.00 | Unknown |
| Account No. | | | | | | | | | | |
| **Emerald Cleantech Fund II LP** **PO Box 23 Les Banques** **St Peter Port** **Guernsey, Channel Islands GY1 3QL** | | - | | | | | | | | |
| | | | | | Value $       **Unknown** | | | | 11,431,995.00 | Unknown |
| Account No. | | | | | Business Expense | | | | | |
| **Huntington National Bank** **Sharon Speyer President** **519 Madison Ave** **Toledo, OH 43604** | | - | | | | | | | | |
| | | | | | Value $         **0.00** | | | | 247,179.89 | 247,179.89 |
|   **2**   continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 12,356,923.35 | 619,331.35 |

In re **Xunlight Corporation** ,                    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | I | | | | | |
| iLand Green Techno c/o Agent 405 Lexington Ave 25 & 26th Fl The Chrysler Bldg New York, NY 10174 | - | | | | | | | | |
| | | | | Value $        Unknown | | | | 1,449,466.00 | Unknown |
| Account No. | | | | For notice puspose only | | | | | |
| iLand Green Technologies SA Chemin des Maladieres 22 CH 2022 Bevaix Switzerland | - | | | | | | | | |
| | | | | Value $        Unknown | | | | Unknown | Unknown |
| Account No. | | | | 9/23/2010 | | | | | |
| Ohio Air Quality Development Author Loan Servicing 50 West Street Columbus, OH 43215 | - | | | Purchase Money Security Interest | | | | | |
| | | | | Value $        Unknown | | | | 4,252,890.98 | Unknown |
| Account No. | | | | 12/1/08 | | | | | |
| Ohio Dept of Development 77 South High St 29th Floor Columbus, OH 43215 | - | | | Purchase Money Security Interest | | | | | |
| | | | | Value $        Unknown | | | | 2,699,564.78 | Unknown |
| Account No. | | | | 12/18/2008 | | | | | |
| Ohio Development Services, Agency 77 South High St 29th Floor Columbus, OH 43215 | - | | | Purchase Money Security Interest  Second lien on collateral package of $4 m Ohio Enterprise Bond Fund Loan-OEBF Loan | | | | | |
| | | | | Value $        Unknown | | | | 1,610,000.00 | Unknown |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 10,011,921.76 | 0.00 |
|---|---|

In re **Xunlight Corporation**                                                    ,          Case No. _____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Purchase-money security interest lien | | | | | |
| Toledo Lucas County Port Authority One Maritme Plaza Toledo, OH 43604-1866 | - | | | | | | | |
| | | | Value $                Unknown | | | | 1,897,500.00 | Unknown |
| Account No. | | | 9/23/10 Purchased the asset for $1m Above lenders have a lien on it 2MW photovoltaic solar cell production line and non-exclusive right to all the rights based on License Agreement with Univ Tol to operate the 2MW production line | | | | | |
| University of Toledo dba Univ Tol Innovative Enterprises UTIE Holding LLC/Rhonda Wingfield 2801 Bancroft St MS 400 Toledo, OH 43606 | - | | | | | | | |
| | | | Value $                Unknown | | | | 1,376,533.00 | Unknown |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 3,274,033.00 | 0.00 |
| Total (Report on Summary of Schedules) | 25,642,878.11 | 619,331.35 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

.

In re    **Xunlight Corporation**                            ,    Case No. _____

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

       A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

       The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

       If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

       Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

       Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

       Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

       Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

       Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

       Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

       Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

       Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

       Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

       Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

       Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

       Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

             **2**     continuation sheets attached

In re  **Xunlight Corporation** _____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **Buckey, John E** 4104 Brookside Rd Toledo, OH 43606 | | - | | Business Expense | | | | 498.31 | 498.31 |
| | | | | | | | | **498.31** | **0.00** |
| Account No. **Parker, Charles** | | - | | Business Expense | | | | 736.00 | 736.00 |
| | | | | | | | | **736.00** | **0.00** |
| Account No. **Randy T. Simon** 3926 Shadylawn Dr Toledo, OH 43614 | | - | | wages | | | | Unknown | Unknown |
| | | | | | | | | **Unknown** | **0.00** |
| Account No. **Vijh, Aaroni Dr.** 4841 Mount Airy Sylvania, OH 43560 | | - | | Business Expense | | | | 329.40 | 329.40 |
| | | | | | | | | **329.40** | **0.00** |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **2**  continuation sheets attached to          Subtotal          **1,563.71**
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)   **1,563.71**      **0.00**

In re  **Xunlight Corporation**                                    ,        Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | | | |
| Account No. | | | notice | | | | | | |
| **Internal Revenue Service** **PO Box 7346** **Philadelphia, PA 19101-7346** | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | notice | | | | | | |
| **State of Ohio** **Business Compliance** **Box 1090** **Columbus, OH 43216** | | - | | | | | Unknown | Unknown | Unknown |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | 0.00 0.00 |
| | Total (Report on Summary of Schedules) | 1,563.71 |
| | | 1,563.71 0.00 |

In re **Xunlight Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Business expense | | | | |
| 3D Vision Technologies Corp<br>135 Chesterfield Lane Ste 203<br>Maumee, OH 43537 | | - | | | | | | | 4,147.24 |
| Account No. | | | | | Business Expense | | | | |
| ABB Inc.<br>1250 Brown Rd<br>Auburn Hills, MI 48326 | | | | | | | | | 6,682.39 |
| Account No. | | | | | Business Expense | | | | |
| Accel Fire Systems, Inc.<br>3365 Silica Rd<br>Sylvania, OH 43560 | | - | | | | | | | 2,227.80 |
| Account No. | | | | | Business Expense | | | | |
| ADCO<br>4401 Page Ave<br>Michigan Center, MI 49254 | | - | | | | | | | 23,596.80 |
| __26__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 36,654.23 |

In re **Xunlight Corporation**          ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Payroll Expense | | | | |
| **ADP** **7007 East Plesant Valley Rd** **Independence, OH 44131** | - | | | | | | | 1,634.44 |
| Account No. | | | | Business Expense | | | | |
| **ADP Logistics Corp** **517 W Wrightwood Ave** **Elmhurst, IL 60126** | - | | | | | | | 46,882.12 |
| Account No. | | | | Business Expense | | | | |
| **ADT Security Services, Inc** **1718 Indian Wood Circle Ste G** **Maumee, OH 43537** | - | | | | | | | 30,191.32 |
| Account No. | | | | Business Expense | | | | |
| **AeroMet Engineering** **107 Adams St** **Jefferson City, MO 65101** | - | | | | | | | 220.00 |
| Account No. | | | | Business Expense | | | | |
| **Airgas** **5527 Enterprise Blvd** **Toledo, OH 43612-3814** | - | | | | | | | 3,359.77 |

Sheet no. __1__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **82,287.65**

In re __Xunlight Corporation__ _____,     Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Alfa Aesar**<br>**26 Parkridge Rd**<br>**Wardhill, MA 01835** | - | | | **Business Expense** | | | | 590.36 |
| Account No.<br><br>**All City Hearting & A/C Inc.**<br>**Glass City**<br>**3107 W Alexis**<br>**Toledo, OH 43613** | - | | | **Business Expense** | | | | 3,787.75 |
| Account No.<br><br>**All-Foils, Inc.**<br>**16100 Imperial Pkwy**<br>**Strongsville, OH 44149** | - | | | **Business Expense** | | | | 2,629.25 |
| Account No.<br><br>**Allied Building Products Corp**<br>**15 East Union Ave**<br>**East Rutherford, NJ 07073** | - | | | **Business Expense** | | | | 1,193.50 |
| Account No.<br><br>**Allied Electronics**<br>**5005 Rockside Road #100**<br>**Independence, OH 44131** | - | | | **Business Expense** | | | | 10,664.59 |

Sheet no. __2__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **18,865.45**

In re **Xunlight Corporation** _____,   Case No. _____

                                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | - | | Business Expense | | | | |
| American Durafilm 55 Boynton Rd Holliston, MA 01746 | | | | | | | | | 1,253.62 |
| Account No. | | | - | | Business Expense | | | | |
| Amphenol Technical Products Intt 2110 Notre Dame Ave Winnipeg MB R3H OK1 CANADA | | | | | | | | | 20,880.60 |
| Account No. | | | - | | Business Expense | | | | |
| Applied Industrial Technologies 1 Applied Plaza Cleveland, OH 44115 | | | | | | | | | 1,004.92 |
| Account No. | | | - | | Business Expense | | | | |
| Associated Research, Inc. 13860 W. Laurel Dr Lake Forest, IL 60045 | | | | | | | | | 703.36 |
| Account No. | | | - | | Business Expense | | | | |
| Bottomline Ink 7829 Ponderosa Rd Perrysburg, OH 43551 | | | | | | | | | 78.96 |

Sheet no. __3__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,921.46

In re **Xunlight Corporation** _____,  Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Expense | | | | |
| Brescoi Brothers Inc. 5923 American Rd E Toledo, OH 43612 | - | | | | | | | 1,100.00 |
| Account No. | | | | Business Expense | | | | |
| Buckeye Telesystem 4818 Angola Rd Toledo, OH 43615 | - | | | | | | | 1,507.65 |
| Account No. | | | | 2/20/14 | | | | |
| BWC State Insurance Fund BWC 30 W Spring St Columbus, OH 43215-2256 | - | | | | | | | 5,830.43 |
| Account No. | | | | Business Expense | | | | |
| C.H. Robinson Company 3000 Regency Court, Ste 206 Toledo, OH 43623 | - | | | | | | | 54,496.51 |
| Account No. | | | | for notice purpose only | | | | |
| Charles D. Niehaus, Esq Statutory Agent Xunlight 7150 Granite Circle Ste 203 Toledo, OH 43617 | - | | | | | | | 0.00 |

Sheet no. __4__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
       (Total of this page)         **62,934.59**

In re **Xunlight Corporation**                                   , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Expense | | | | |
| Chikol Equities Inc<br>PO Box 774<br>Granger, IN 46530-0774 | | - | | | | | 103,110.36 |
| Account No. | | | Business Expense | | | | |
| CIS Solutions, LLC<br>2731 Byrnwyck W<br>Maumee, OH 43537 | | - | | | | | 808.18 |
| Account No. | | | Business Expense | | | | |
| City of Toledo Public Utilities<br>420 Madison Ave<br>#100<br>Toledo, OH 43604 | | - | | | | | 5,081.61 |
| Account No. | | | Business Expense | | | | |
| Columbia Gas<br>2901 Manhattan Blvd<br>Bankruptcy Dept<br>Toledo, OH 43611 | | - | | | | | 2,224.52 |
| Account No. | | | Business Expense | | | | |
| Comdel Inc<br>11 Kondelin Rd<br>Gloucester, MA 09130 | | - | | | | | 3,050.00 |

Sheet no. __5__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          114,274.67

In re   **Xunlight Corporation**                      ,    Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Expense | | | | |
| **Container Graphics Corp**<br>**10430 Southern Loop Blvd**<br>**Pineville, NC 28134** | - | | | | | | 346.00 |
| Account No. | | | Business Expense | | | | |
| **Culligan Water Conditioning**<br>**500 Independence Dr**<br>**Napoleon, OH 43545** | - | | | | | | 4,414.42 |
| Account No. | | | Business Expense | | | | |
| **Davenport, Hanf & Co**<br>**28276 Kensignton Ln**<br>**Perrysburg, OH 43551** | - | | | | | | 25,000.00 |
| Account No. | | | Business Expense | | | | |
| **Delaware Secretary of State**<br>**John G Townsend**<br>**Div of Corporations**<br>**PO Box 898**<br>**Dover, DE 19903** | - | | | | | | 11,083.41 |
| Account No. | | | Business Expense | | | | |
| **Delta Dental**<br>**5600 Blazer Parkway Ste 150**<br>**Dublin, OH 43017** | - | | | | | | 4,531.22 |

Sheet no. __6__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **45,375.05**

In re **Xunlight Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Expense | | | | |
| Diversified Welding Services 3541 Marine Rd Toledo, OH 43609 | - | | | | | | 145.00 |
| Account No. | | | Business Expense | | | | |
| DSM Headquarters PO Box 6500 6401, JH Heerlen Netherlands | - | | | | | | 749.00 |
| Account No. | | | Business Expense | | | | |
| Dunbar Mechanical Inc 2807 N. Reynolds Rd Toledo, OH 43616 | - | | | | | | 1,593.00 |
| Account No. | | | Business Expense | | | | |
| Electrolock 17930 Greak Lakes Pkwy Hiram, OH 44234 | - | | | | | | 33,171.20 |
| Account No. | | | Business Expense | | | | |
| Elektrisola Feindraht AG Hauptstrasse 35 Escholzmatt 6182 | - | | | | | | 20,538.18 |

Sheet no. __7__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **56,196.38**

In re __Xunlight Corporation_____,    Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Business Expense | | | | |
| Emch, Schaffer, Schaub & Porcello 1 SeaGate #1980 Toledo, OH 43604 | | | | | | | | 22,701.28 |
| Account No. | | - | | Business Expense | | | | |
| Emerald Cleantech Fund II LP PO Box 23 Trafalgar Court Les Banques St Peter Port, Guernsey GY1 3QL | | | | | | | | 150,000.00 |
| Account No. | | - | | Business Expense | | | | |
| Emerald Technologies Ventures AG PO Box 23 Trafalgar Court Les banques St Peter Port, Guernsey GY1 3QL | | | | | | | | 32,913.03 |
| Account No. | | - | | Business Expense | | | | |
| Emerald Technologies Ventures Inc PO Box 23 Trafalgar Court Les banques St Peter Port, Guernsey GY1 3QL | | | | | | | | 5,472.32 |
| Account No. | | - | | Business Expense | | | | |
| EZ Automation 4140 Utica Ridge Rd Bettendorf, IA 52722 | | | | | | | | 617.88 |

Sheet no. __8___ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

211,704.51

In re **Xunlight Corporation** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | - | | | Business Expense | | | | |
| Fastenal Industrial Supply 4120 Shuffel ST NW North Canton, OH 44720 | | | | | | | | | 470.38 |
| Account No. | | - | | | Business Expense | | | | |
| FedEx 3111 W Bancroft Toledo, OH 43606 | | | | | | | | | 112.32 |
| Account No. | | - | | | Business Expense | | | | |
| FoilTek, Inc 1700 London Rd Cleveland, OH 44112 | | | | | | | | | 20,123.40 |
| Account No. | | - | | | Business Expense | | | | |
| Grainger 1300 Third St Perrysburg, OH 43551-4349 | | | | | | | | | 1,794.39 |
| Account No. | | - | | | Business Expense | | | | |
| Green Sweep Inc 10720 Airport Highway Swanton, OH 43558 | | | | | | | | | 13,306.52 |

Sheet no. __9__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 35,807.01

In re **Xunlight Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Expense | | | | |
| Honeywell Analytics 405 Barclay Blvd Lincolnshire, IL 60069 | - | | | | | | 938.00 |
| Account No. | | | Business Expense | | | | |
| Huber+Suhner, Inc 19 Thompson Dr Essex Junction, VT 05452 | - | | | | | | 10,201.28 |
| Account No. | | | Business Expense | | | | |
| Huntington Insurance Inc 1670 Indian Wood Circle Maumee, OH 43537 | - | | | | | | 4,500.00 |
| Account No. | | | Business Expense | | | | |
| Hunton & Williams LLP Riverfront Plaza East Tower 951 East Byrd St Richmond, VA 23219 | - | | | | | | 14,000.00 |
| Account No. | | | Business Expense | | | | |
| Intertek Testing Services NA, Inc 1020 South Holland Sylvania Rd Holland, OH 43528 | - | | | | | | 25,497.14 |

Sheet no. __10__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **55,136.42**

In re   **Xunlight Corporation**                ,        Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Izu, Masaz**<br>**265 Manor Road**<br>**Bloomfield Hills, MI 48304** | - | | **Business Expense** | | | | **Unknown** |
| Account No.<br><br>**John McHugh, Esq**<br>**IBC Inc.**<br>**5580 Monroe St**<br>**Sylvania, OH 43560** | - | | **Notice purpose only** | | | | **0.00** |
| Account No.<br><br>**Johnstone Machinery Movers Inc**<br>**13006 Eckel Juncton Rd**<br>**Perrysburg, OH 43551** | - | | **Business Expense** | | | | **1,000.00** |
| Account No.<br><br>**Jones and Henry Laboratories, Inc.**<br>**2567 Tracy Rd**<br>**Northwood, OH 43619** | - | | **Business Expense** | | | | **385.00** |
| Account No.<br><br>**Kurt J Lesker Company**<br>**1925 Route 51**<br>**Clairton, PA 15025** | - | | **Business Expense** | | | | **476.28** |

Sheet no. __11__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                 Subtotal                   **1,861.28**
               (Total of this page)

In re **Xunlight Corporation** _____,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Expense | | | | |
| Labyrinth Advisors LLC<br>179 E. 93rd St<br>New York, NY 10128 | - | | | | | | | 7,768.95 |
| Account No. | | | | Business Expense | | | | |
| Lott Industries<br>3350 Hill Ave<br>Toledo, OH 43607 | - | | | | | | | 10,896.87 |
| Account No. | | | | Business Expense | | | | |
| Marian, Inc<br>1011 East St Clair St<br>Indianapolis, IN 46202 | - | | | | | | | 1,332.81 |
| Account No. | | | | Business Expense | | | | |
| Mark-Pack Inc<br>776 Main St<br>Coopersville, MI 49404 | - | | | | | | | 132.57 |
| Account No. | | | | Legal Fees | | | | |
| Marshall & Melhorn, LLC<br>4 SeaGate #8<br>Toledo, OH 43604 | - | | | | | | | 16,480.60 |

Sheet no. __12__ of __26__ sheets attached to Schedule of     Subtotal      36,611.80
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

In re  **Xunlight Corporation**               ,       Case No. _____

                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Business Expense | | | | |
| McMaster-Carr Supply Co<br>PO Box 4355<br>Chicago, IL 60680-4355 | - | | | | | | | 5,381.73 |
| **Account No.** | | | | Business Expense | | | | |
| McNaughton-McKay Electric Co<br>355 Tomahawk Dr<br>Maumee, OH 43537 | - | | | | | | | 892.57 |
| **Account No.** | | | | Business Expense | | | | |
| Metaloids<br>226 Metro Dr, Metrocrest Ind Park<br>Terrell, TX 75160 | - | | | | | | | 58,573.39 |
| **Account No.** | | | | Business Expense | | | | |
| Metzgers<br>207 Arco Dr<br>Toledo, OH 43607 | - | | | | | | | 312.73 |
| **Account No.** | | | | Business Expense | | | | |
| Midtown Pallet<br>1987 Hawthrone St<br>Toledo, OH 43606 | - | | | | | | | 2,440.75 |

Sheet no. __13__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                  Subtotal
       (Total of this page)     **67,601.17**

In re __Xunlight Corporation__ _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Legal Fees | | | | |
| Miller Canfield Paddock Stone PLC 150 W Jefferson Ste 2500 Detroit, MI 48226 | - | | | | | | 10,009.98 |
| Account No. | | | Business Expense | | | | |
| MINITAB 350 N Clark Ste 700 Chicago, IL 60654 | - | | | | | | 659.12 |
| Account No. | | | Business Expense | | | | |
| Mitco Custom Water Treatment 1601 Steele Ave SW Grand Rapids, MI 49507 | - | | | | | | 1,500.00 |
| Account No. | | | Business Expense | | | | |
| MKS Instruments 2 Tech Drive Ste 201 Andover, MA 01810 | - | | | | | | 39,516.32 |
| Account No. | | | Business Expense | | | | |
| Morton Industries PO Box 1477 Birmingham, AL 35201-1477 | - | | | | | | 88.62 |

Sheet no. __14__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  | 51,774.04

In re __Xunlight Corporation__ , Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Business Expense | | | | |
| Nemsys LLC 122 S St Clair St Toledo, OH 43604 | | | | | | | | 38,686.25 |
| Account No. | | - | | Business Expense | | | | |
| Ninghai Guanghao Solar Energy Shikong Xidian Town Ninghai Zhejiang China | | | | | | | | 190.00 |
| Account No. | | - | | Business Expense | | | | |
| Ocean Optics 4301 Metric Dr Winter Park, FL 32792 | | | | | | | | 1,539.12 |
| Account No. | | - | | Business Expense | | | | |
| Ohio Air Quality Development Author 50 W Broad Columbus, OH 43215 | | | | | | | | 20,300.00 |
| Account No. | | - | | Business Expense | | | | |
| Ohio and Michigan Paper Co 350 4th St Perrysburg, OH 43551 | | | | | | | | 1,713.31 |

Sheet no. __15__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

62,428.68

In re    **Xunlight Corporation**
                                                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Ohio State Univ Research Foundation 1800 Cannon Dr Rm 1210 Columbus, OH 43210 | - | | | | | | | 26,317.05 |
| Account No. | | | | Business Expense | | | | |
| Old Dominion Freight Line 1336 Matzinger Toledo, OH 43612 | - | | | | | | | 29,299.04 |
| Account No. | | | | Business Expense | | | | |
| Panther Expedited Services Inc 4940 Panther Pkwy Seville, OH 44273 | - | | | | | | | 3,205.93 |
| Account No. | | | | Business Expense | | | | |
| Pinnacle Technology Group 7076 Schnipke Dr Ottawa Lake, MI 49267 | - | | | | | | | 45,705.26 |
| Account No. | | | | Business Expense | | | | |
| Plasmaterials Inc 2268 Research Dr Livermore, CA 94550 | - | | | | | | | 30,040.00 |

Sheet no. __16__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **134,567.28**

In re __Xunlight Corporation__ _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Praxair Distribution Inc**<br>**5254 Jackman Rd**<br>**Toledo, OH 43613** | - | | **Business Expense** | | | | 22,436.48 |
| Account No.<br><br>**Praxair Electronics**<br>**39 Old Ridgebury Rd**<br>**Danbury, CT 06810-5113** | - | | **Business Expense** | | | | 155,293.85 |
| Account No.<br><br>**Premium Freight Management LLC**<br>**5445 Southwyck Blvd Ste 210**<br>**Toledo, OH 43614** | - | | **Business Expense** | | | | 1,650.00 |
| Account No.<br><br>**Proto Labs Inc**<br>**5540 Pioneer Creek Dr**<br>**Maple Plain, MN 55359** | - | | **Business Expense** | | | | 3,000.00 |
| Account No.<br><br>**Q-Lab Corporation**<br>**800 Cantebury Rd**<br>**Westlake, OH 44145-1419** | - | | **Business Expense** | | | | 383.23 |

Sheet no. __17__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     182,763.56

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

In re __Xunlight Corporation__ _____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Expense | | | | |
| **Republic Services Allied Waste Div**<br>**6749 Dixie Highway**<br>**Erie, MI 48133** | - | | | | | | 2,037.54 |
| Account No. | | | Business Expense | | | | |
| **Riverside Machine & Automation Inc**<br>**1240 N Genoa Clay Center Rd**<br>**Genoa, OH 43430** | - | | | | | | 649.00 |
| Account No. | | | Business Expense | | | | |
| **Rose Pest Solutions**<br>**PO Box 309**<br>**1130 Livernois Rd**<br>**Troy, MI 48099-0309** | - | | | | | | 96.30 |
| Account No. | | | Business Expense | | | | |
| **S&MTriangle Services**<br>**26963 Eckel Rd**<br>**Perrysburg, OH 43551** | - | | | | | | 381.99 |
| Account No. | | | Business Expense | | | | |
| **Safety Solutions Inc**<br>**6161 Shamrock Court**<br>**PO 8100**<br>**Dublin, OH 43016** | - | | | | | | 4,047.91 |

Sheet no. __18__ of __26__ sheets attached to Schedule of                 Subtotal                 7,212.74
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

In re **Xunlight Corporation**                   ,      Case No. _____

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Saint-Gobain Performance Plastics** <br> **2664 Gilchrist Rd** <br> **Akron, OH 44305** | - | | | | | | 23,759.00 |
| Account No. <br><br> **SCI Engineered Materials** <br> **2839 Charter St** <br> **Columbus, OH 43228** | - | | Business Expense | | | | 17,256.00 |
| Account No. <br><br> **Shumaker Loop & Kendrick LLP** <br> **1000 Jackson** <br> **Toledo, OH 43604-5573** | - | | Legal Fees | | | | 233,251.42 |
| Account No. <br><br> **SKC Inc** <br> **863 Valley View Rd** <br> **Eighty Four, PA 15330** | - | | Business Expense | | | | 45,684.00 |
| Account No. <br><br> **Solar Converters Inc** <br> **558 Massey Rd** <br> **Guelph ON N1K 1B4** <br> **CANADA** | - | | Business Expense | | | | 83.00 |

Sheet no. __19__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)     **320,033.42**

In re __Xunlight Corporation_____ ,    Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Expense | | | | |
| **Supplemental Staffing** **5333 Southwyck Blvd** **Toledo, OH 43614** | | - | | | | | 550,611.14 |
| Account No. | | | Business Expense | | | | |
| **T&S Tool and Supply Co** **7341 Airport Hwy** **Holland, OH 43528** | | - | | | | | 89.49 |
| Account No. | | | Business Expense | | | | |
| **TA Industrial** **7749 Ponderosa Rd** **Perrysburg, OH 43551** | | - | | | | | 4,914.02 |
| Account No. | | | Business Expense | | | | |
| **Thyssen-Krupp Materials NA** **1212 East Alexis Rd** **Toledo, OH 43612** | | - | | | | | 5,574.49 |
| Account No. | | | Business Expense | | | | |
| **Titan SC** **2900 Gateway Dr** **Elkhart, IN 46514** | | - | | | | | 74,921.00 |

Sheet no. __20__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal        **636,110.14**
(Total of this page)

In re **Xunlight Corporation** ,  Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Business Expense | | | | |
| Toledo Blade 541 N. Superior St Toledo, OH 43660 | | | | | | | | 180.00 |
| Account No. | | - | | | | | | |
| Toledo Board of Education 3548 S Detroit Ave Toledo, OH 43614 | | | | | | | | 16,200.00 |
| Account No. | | - | | Business Expense | | | | |
| Toledo Edison 300 Madison Ave #6 Toledo, OH 43652 | | | | | | | | 10,083.59 |
| Account No. | | - | | Business Expense | | | | |
| Toledo Elevator & Machine Co 221 N Detroit Ave Toledo, OH 43607 | | | | | | | | 882.60 |
| Account No. | | - | | Business Expense | | | | |
| Total Environmental Services 1950 Clinton St Toledo, OH 43607 | | | | | | | | 450.00 |

Sheet no. __21__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  27,796.19

In re  **Xunlight Corporation**
,
_____
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Expense | | | | |
| **Try Hours Inc** 3640 Briarfield Blvd Maumee, OH 43537 | - | | | | | | 143.00 |
| Account No. | | | Business Expense | | | | |
| **TUV Intercert GmbH** 2210 S Roosevelt St Tempe, AZ 85282 | | | | | | | 9,443.63 |
| Account No. | | | Business Expense | | | | |
| **Uline** 12575 Uline Dr Pleasant Prairie, WI 53158 | - | | | | | | 1,332.86 |
| Account No. | | | Business Expense | | | | |
| **Uniontape USA** 15230 Herriman Blvd Noblesville, IN 46060 | - | | | | | | 11,634.14 |
| Account No. | | | Trade debt | | | | |
| **Univ of Toledo Grants Accounting** c/o Office of Legal Affairs 2801 W. Bancroft Toledo, OH 43606-3390 | - | | | | | | 140,833.69 |

Sheet no. __22__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 163,387.32 |

In re __Xunlight Corporation_____,  Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Univ of Toledo Office of Research c/o Office of Legal Affairs 2801 W Bancroft Toledo, OH 43606-3390 | | - | | | | | 49,539.97 |
| Account No. | | | Business Expense | | | | |
| Unum 1 Fountain Sq Chattanooga, TN 37402 | | - | | | | | 2,328.80 |
| Account No. | | | Business Expense | | | | |
| UPS 427 W Dussel Maumee, OH 43537 | | - | | | | | 1,913.26 |
| Account No. | | | Business Expense | | | | |
| UPS Freight 3235 Nebraska Toledo, OH 43607 | | - | | | | | 2,369.95 |
| Account No. | | | Business Expense | | | | |
| UPS/UPS SCS Chicago 490 Supreme Dr Bensenville, IL 60106 | | - | | | | | 31,848.41 |

Sheet no. __23__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            88,000.39

In re **Xunlight Corporation** _____,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **US Bank Corporate Office Bankruptcy Dept 800 Nicollet Mall Minneapolis, MN 55402** | - | | Business Expense | | | | 821.21 |
| Account No.  **USF Holland, Inc 750 East 40th St Holland, MI 49423** | - | | Business Expense | | | | 522.91 |
| Account No.  **Verizon WRLS Corporate Offices Bankrupcty Dept 140 West New York, NY 10007** | - | | Business Expense | | | | 553.47 |
| Account No.  **Voltaix 3121 Route 22 East, Ste 200 Somerville, NJ 08876** | - | | Business Expense | | | | 26,463.91 |
| Account No.  **Vortex Metals LTD 19200 Cranwood Pkwy Cleveland, OH 44128** | - | | Business Expense | | | | 8,396.48 |

Sheet no. __24__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      36,757.98

In re  **Xunlight Corporation**                                              ,        Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Expense | | | | |
| **Welch Packaging Toledo Inc** **1240 Matzinger Rd** **Toledo, OH 43612** | - | | | | | | 2,022.27 |
| Account No. | | | listed for notice purpose only | | | | |
| **Widman and Franklin LLC** **Kera Paoff, Esq (B. William)** **405 Madison Ste 1550** **Toledo, OH 43604** | - | | | | | | 0.00 |
| Account No. | | | Legal fees | | | | |
| **Wilson Sonsini Goodrich & Rosati** **222 Deleware Ave** **Ste 800** **Wilmington, DE 19801** | - | | | | | | 13,913.76 |
| Account No. | | | Business Expense | | | | |
| **Xunlight Kunshan** **No. 199, Yuan-Feng Rd** **High-Tech Zone** **Kunshan Jiangsu CHINA** | - | | | | | | 179,072.00 |
| Account No. | | | business expense | | | | |
| **Zapp Precision Strip Inc** **266 Barnet Blvd** **New Bedford, MA 02745** | - | | | | | | 51,221.80 |

Sheet no. __25__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

246,229.83

In re  **Xunlight Corporation** ,                    Case No. _____

                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Expense | | | | |
| ZipTape Label ID Solutions 2122 W 5th Place Tempe, AZ 85281 | - | | | | | | | 4,190.30 |
| Account No. | | | | commercial insurance??? | | | | |
| Zurich North America 1400 American Lane Tower 2 Fl 5 Schaumburg, IL 60196 | - | | | | | | | 18,163.29 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| Sheet no. __26__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 22,353.59 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 2,828,646.83 |

In re  **Xunlight Corporation**
,  Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Dr. Xunming Deng<br>c/o Univ of Toledo<br>2801 W Bancroft MS,111<br>Toledo, OH 43606 | An equipment supply contract with Xunlight Asia (owned by Xunming Deng) |
| IBC Inc<br>300 Phillips Ave<br>Toledo, OH 43612 | Lease contract with<br>I.B.C. Inc.<br>300 Phillips Avenue<br>Toledo OH 43612<br><br>Renewal of commercial lease starting September 1st 2014 until August 31st 2019. |
| Praxair<br>5254 Jackman<br>Toledo, OH 43613 | Contract with Praxair for lease of gas supply equipment on site. |
| Xunlight Asia | - Sublicense contract to Xunlight Asia |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Xunlight Corporation**                  ,      Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Northern District of Ohio

In re  **Xunlight Corporation**                                    Case No. _____

                                                    Debtor(s)        Chapter   **7**   _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Director of the Board of Directors of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**42**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **November 14, 2014**          Signature  **/s/ Markus Moor**
                                                 **Markus Moor**
                                                 **Director of the Board of Directors**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Ohio

In re __Xunlight Corporation__                                                 Case No. _____

                                          Debtor(s)            Chapter     __7__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,029,488.00 | **2013 Gross Revenue from sale of goods** |
| $2,054,000.00 | **2012 Gross Revenue from sale of goods** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                   AMOUNT                               SOURCE

### 3. Payments to creditors

None
☑

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
☑

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| Danielle Oppizzi | June 16, 2014 | $17,517.00 | $0.00 |
| Louis Phillip Antunes | June 24, 2014 | $17,541.49 | $0.00 |
| Louis Phillip Antunes | July 2014 | $16,000.00 | $0.00 |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| I.B.C., Inc. v MWOE Solar, Inc., et al CI201403439 | declaratory<br>judgment | Lucas County Common Pleas Court<br>Ohio | pending |
| Nemsys LLC vs. Xunlight 201403385 | default judgment | Lucas County Common Pleas Toledo,<br>Oh | closed/term'd |
| MRR Inc. DBA Supplemental Staffing v Xunlight | judgment | Lucas County Common Pleas Toledo<br>OH | closed/term'd |
| Lee Bo v Xunlight 20141021 | | Lucas County Common Pleas Toledo,<br>OH | pending |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **TUV Rheinland of NA vs Xunlight 20142092** | | **Lucas County Common Pleas Toledo, Oh** | **pending** |
| **State of Ohio vs Xunlight Corp LN201408393** | **Lien** | **Lucas County Common Pleas Toledo, Oh** | **active/lien** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Emerald Cleantech Fund II LP**<br>**PO Box 23 Trafalgar Court**<br>**Les banques**<br>**St Peter Port, Guernsey GY1 3QL** | **Oct. 25, 2012** | **Received a 24.5% interest in Lucintech, a Xunlight subsidiary and a security interest in non-M&E collateral in exchange for refinancing the debtor.** |
| **Trident**<br>**505 Hamilton Ave Suite 200**<br>**Palo Alto, CA 94301** | | **Received a 24.0% interest in Lucintech** |
| **Xunming Deng**<br>**c/o Univ of Toledo**<br>**2801 W Bancroft MS,111**<br>**Toledo, OH 43606** | **Oct. 25. 2012** | **Received ownership of Xunlight Asia in exchange for satisfactin of pre-existing debt and payment of certain Xunlight obligations.** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Xunlight** | **one pallet of finished cells for Xunming Deng** | |

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Lucintech Inc. (Former Xunlight-26 LLC)** | | **3145 Nebraska Ave Toledo, OH 43607-3102** | | |
| **Xunlight Asia Limited** | | **Suite 1306, 13/F ING Tower 308 Des Voeux Road, Central, Hong Kong** | **Solar technology** | **Ending October 2012** |
| **Xunlight Quebec Solar Inc** | | **Canada** | **Solar technology** | **no longer active** |
| **Xunlight Portable Power LLC** | | **3145 Nebraska Ave Toledo, OH 43607-3102** | | **never active** |

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Randy Simon**<br>**3926 Shadylawn Dr**<br>**Toledo, OH 43614** | |
| **Paul Bachmeyer (CFO)** | **January 2013 until February 2014** |
| **Brian Kennedy CFO** | **January 2014 until June 2014** |
| **Jennifer Andrew** | **Interim CFO from Chikol June 2012 until February 2013** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Audits** | | **The company has not done an audit for the years 2011, 2012 and 2013.** |

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Emerald Cleantech Fund II LP**<br>**PO Box 23 Trafalgar Court**<br>**Les banques**<br>**St Peter Port, Guernsey GY1 3QL** | |
| **Trident Capital Fund VI Principals Fund**<br>**505 Hamilton Ave Suite 200**<br>**Palo Alto, CA 94301** | |
| **Huntington National Bank**<br>**Sharon Speyer President**<br>**519 Madison Ave**<br>**Toledo, OH 43604** | |
| **iLand Green Technologies SA**<br>**Chemin des Maladières 22, 2022 Bevaix, Switzerland** | |
| **Comerica** | |

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Marcus Moor**<br>**PO Box 23 Trafalgar Court**<br>**Les banques**<br>**St Peter Port, Guernsey GY1 3QL** | **Director of the Board of Directors** | **no stock ownership** |

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Neil Cameron**<br>**MaRS Centre, West Tower**<br>**661 University Ave, Ste 445**<br>**Tononto ON M5G 1M1** | **board member** | **October 29, 2014** |
| **David Waterman**<br>**1000 Jackson**<br>**Toledo, OH 43604-5573** | **board member** | **July 23, 2014** |
| **Deng Xunming**<br>**7749 Sandia Court**<br>**Sylvania, OH 43560** | **board member** | **March 6, 2012** |
| **John Buckey**<br>**Toledo, OH** | **President** | |
| **Brian Kennedy** | **CFO** | **June 30, 2014** |
| **Louis-Phillippe Antunes** | **CEO** | |
| **Dennis Kerbrdle**<br>**Toledo, OH** | **CRO** | **resigned end of December 2013** |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Paul Bachmeyer** | **CFO** | **January 2013 until February 2014** |
| **Brian Kennedy** | **CFO** | **January 2014 until June 2014** |
| **Jennifer Andrew** | **Interim CFO** | **June 2012 until February 2013** |
| **Dr. Masaz Izu** | **CTO** | **April 17, 2014** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
☐    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND          TAXPAYER IDENTIFICATION NUMBER (EIN)
**Savings Incentive Match Plan for Employees (Simple IRA)**

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **November 14, 2014**          Signature   **/s/ Markus Moor**
                                                **Markus Moor**
                                                **Director of the Board of Directors**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Ohio

In re    **Xunlight Corporation**                Case No. _____

                                 Debtor(s)            Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................................... $        300.00
   (hourly rate)

   Prior to the filing of this statement I have received .......................................... $       5665.00

   ............................................................................................................................ $ _____

2. $ **335.00**   of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ☒        Other (specify): **shareholder** and creditor

4. The source of compensation to be paid to me is:

   ☐ Debtor    ☒ Other (specify):     **shareholder and creditor**

5. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    11/7/14                             /s/ H. Buswell Roberts, Jr.
                                               H. Buswell Roberts, Jr. 0004747

                                               405 Madison Ave.
                                               Suite 2300
                                               Toledo, OH 43604
                                               540.951.8320   Fax: 540.951.8357
                                               hbroberts@live.com

# United States Bankruptcy Court
## Northern District of Ohio

In re    **Xunlight Corporation**                Case No. _____

                                       Debtor(s)       Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Director of the Board of Directors of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 14, 2014** _____       **/s/ Markus Moor** _____

                                                   **Markus Moor**/**Director of the Board of Directors**
                                                   Signer/Title

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

3D Vision Technologies Corp
135 Chesterfield Lane Ste 203
Maumee, OH 43537


ABB Inc.
1250 Brown Rd
Auburn Hills, MI 48326


Accel Fire Systems, Inc.
3365 Silica Rd
Sylvania, OH 43560


ADCO
4401 Page Ave
Michigan Center, MI 49254


ADP
7007 East Plesant Valley Rd
Independence, OH 44131


ADP Logistics Corp
517 W Wrightwood Ave
Elmhurst, IL 60126


ADT Security Services, Inc
1718 Indian Wood Circle Ste G
Maumee, OH 43537


AeroMet Engineering
107 Adams St
Jefferson City, MO 65101


Airgas
5527 Enterprise Blvd
Toledo, OH 43612-3814


Alfa Aesar
26 Parkridge Rd
Wardhill, MA 01835


All City Hearting & A/C Inc.
Glass City
3107 W Alexis
Toledo, OH 43613

All-Foils, Inc.
16100 Imperial Pkwy
Strongsville, OH 44149


Allied Building Products Corp
15 East Union Ave
East Rutherford, NJ 07073


Allied Electronics
5005 Rockside Road #100
Independence, OH 44131


American Durafilm
55 Boynton Rd
Holliston, MA 01746


Amphenol Technical Products Intt
2110 Notre Dame Ave
Winnipeg MB R3H OK1
CANADA


Applied Industrial Technologies
1 Applied Plaza
Cleveland, OH 44115


Associated Research, Inc.
13860 W. Laurel Dr
Lake Forest, IL 60045


Bank of NY Mellon
1660 West Second St, Suite 830
Cleveland, OH 44113


Bottomline Ink
7829 Ponderosa Rd
Perrysburg, OH 43551


Brescoi Brothers Inc.
5923 American Rd E
Toledo, OH 43612


Buckey, John E
4104 Brookside Rd
Toledo, OH 43606

Buckeye Telesystem
4818 Angola Rd
Toledo, OH 43615


BWC State Insurance Fund
BWC 30 W Spring St
Columbus, OH 43215-2256


C.H. Robinson Company
3000 Regency Court, Ste 206
Toledo, OH 43623


Charles D. Niehaus, Esq
Statutory Agent Xunlight
7150 Granite Circle Ste 203
Toledo, OH 43617


Chikol Equities Inc
PO Box 774
Granger, IN 46530-0774


CIS Solutions, LLC
2731 Byrnwyck W
Maumee, OH 43537


City of Toledo Public Utilities
420 Madison Ave
#100
Toledo, OH 43604


Columbia Gas
2901 Manhattan Blvd
Bankruptcy Dept
Toledo, OH 43611


Comdel Inc
11 Kondelin Rd
Gloucester, MA 09130


Container Graphics Corp
10430 Southern Loop Blvd
Pineville, NC 28134

Culligan Water Conditioning
500 Independence Dr
Napoleon, OH 43545


Daniele Oppizzi
Avenue de Bellevaux 42
2000 Neuchatel
Switzerland


Davenport, Hanf & Co
28276 Kensignton Ln
Perrysburg, OH 43551


Delaware Secretary of State
John G Townsend
Div of Corporations
PO Box 898
Dover, DE 19903


Delta Dental
5600 Blazer Parkway Ste 150
Dublin, OH 43017


Diversified Welding Services
3541 Marine Rd
Toledo, OH 43609


Dr. Xunming Deng
c/o Univ of Toledo
2801 W Bancroft MS,111
Toledo, OH 43606


DSM Headquarters
PO Box 6500
6401, JH Heerlen
Netherlands


Dunbar Mechanical Inc
2807 N. Reynolds Rd
Toledo, OH 43616


Electrolock
17930 Greak Lakes Pkwy
Hiram, OH 44234

Elektrisola Feindraht AG
Hauptstrasse 35
Escholzmatt 6182


Emch, Schaffer, Schaub & Porcello
1 SeaGate #1980
Toledo, OH 43604


Emerald Cleantech Fund II LP
PO Box 23 Les Banques
St Peter Port
Guernsey, Channel Islands GY1 3QL


Emerald Technologies Ventures AG
PO Box 23 Trafalgar Court
Les banques
St Peter Port, Guernsey GY1 3QL


Emerald Technologies Ventures Inc
PO Box 23 Trafalgar Court
Les banques
St Peter Port, Guernsey GY1 3QL


EZ Automation
4140 Utica Ridge Rd
Bettendorf, IA 52722


Fastenal Industrial Supply
4120 Shuffel ST NW
North Canton, OH 44720


FedEx
3111 W Bancroft
Toledo, OH 43606


FoilTek, Inc
1700 London Rd
Cleveland, OH 44112


Grainger
1300 Third St
Perrysburg, OH 43551-4349

Green Sweep Inc
10720 Airport Highway
Swanton, OH 43558


Honeywell Analytics
405 Barclay Blvd
Lincolnshire, IL 60069


Huber+Suhner, Inc
19 Thompson Dr
Essex Junction, VT 05452


Huntington Insurance Inc
1670 Indian Wood Circle
Maumee, OH 43537


Huntington National Bank
Sharon Speyer President
519 Madison Ave
Toledo, OH 43604


Hunton & Williams LLP
Riverfront Plaza East Tower
951 East Byrd St
Richmond, VA 23219


IBC Inc
300 Phillips Ave
Toledo, OH 43612


iLand Green Techno
c/o Agent 405 Lexington Ave
25 & 26th Fl
The Chrysler Bldg
New York, NY 10174


iLand Green Technologies SA
Chemin des Maladieres 22
CH 2022 Bevaix
Switzerland


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Intertek Testing Services NA, Inc
1020 South Holland Sylvania Rd
Holland, OH 43528


Izu, Masaz
265 Manor Road
Bloomfield Hills, MI 48304


John McHugh, Esq
IBC Inc.
5580 Monroe St
Sylvania, OH 43560


Johnstone Machinery Movers Inc
13006 Eckel Juncton Rd
Perrysburg, OH 43551


Jones and Henry Laboratories, Inc.
2567 Tracy Rd
Northwood, OH 43619


Kurt J Lesker Company
1925 Route 51
Clairton, PA 15025


Labyrinth Advisors LLC
179 E. 93rd St
New York, NY 10128


Linda R Van Tine Esq
1410 Central Ave
Sandusky, OH 44870


Lott Industries
3350 Hill Ave
Toledo, OH 43607


Marian, Inc
1011 East St Clair St
Indianapolis, IN 46202


Mark-Pack Inc
776 Main St
Coopersville, MI 49404

Marshall & Melhorn, LLC
4 SeaGate #8
Toledo, OH 43604


McMaster-Carr Supply Co
PO Box 4355
Chicago, IL 60680-4355


McNaughton-McKay Electric Co
355 Tomahawk Dr
Maumee, OH 43537


Metaloids
226 Metro Dr, Metrocrest Ind Park
Terrell, TX 75160


Metzgers
207 Arco Dr
Toledo, OH 43607


Midtown Pallet
1987 Hawthrone St
Toledo, OH 43606


Miller Canfield Paddock Stone PLC
150 W Jefferson
Ste 2500
Detroit, MI 48226


MINITAB
350 N Clark Ste 700
Chicago, IL 60654


Mitco Custom Water Treatment
1601 Steele Ave SW
Grand Rapids, MI 49507


MKS Instruments
2 Tech Drive Ste 201
Andover, MA 01810


Morton Industries
PO Box 1477
Birmingham, AL 35201-1477

Nemsys LLC
122 S St Clair St
Toledo, OH 43604


Ninghai Guanghao Solar Energy
Shikong Xidian Town
Ninghai Zhejiang
China


Ocean Optics
4301 Metric Dr
Winter Park, FL 32792


Ohio Air Quality Development Author
50 W Broad
Columbus, OH 43215


Ohio Air Quality Development Author
Loan Servicing
50 West Street
Columbus, OH 43215


Ohio and Michigan Paper Co
350 4th St
Perrysburg, OH 43551


Ohio Dept of Development
77 South High St
29th Floor
Columbus, OH 43215


Ohio Development Services, Agency
77 South High St
29th Floor
Columbus, OH 43215


Ohio State Univ Research Foundation
1800 Cannon Dr Rm 1210
Columbus, OH 43210


Old Dominion Freight Line
1336 Matzinger
Toledo, OH 43612

Panther Expedited Services Inc
4940 Panther Pkwy
Seville, OH 44273


Parker, Charles


Pinnacle Technology Group
7076 Schnipke Dr
Ottawa Lake, MI 49267


Plasmaterials Inc
2268 Research Dr
Livermore, CA 94550


Praxair
5254 Jackman
Toledo, OH 43613


Praxair Distribution Inc
5254 Jackman Rd
Toledo, OH 43613


Praxair Electronics
39 Old Ridgebury Rd
Danbury, CT 06810-5113


Premium Freight Management LLC
5445 Southwyck Blvd Ste 210
Toledo, OH 43614


Proto Labs Inc
5540 Pioneer Creek Dr
Maple Plain, MN 55359


Q-Lab Corporation
800 Cantebury Rd
Westlake, OH 44145-1419


Randy T. Simon
3926 Shadylawn Dr
Toledo, OH 43614

Republic Services Allied Waste Div
6749 Dixie Highway
Erie, MI 48133


Riverside Machine & Automation Inc
1240 N Genoa Clay Center Rd
Genoa, OH 43430


Rose Pest Solutions
PO Box 309
1130 Livernois Rd
Troy, MI 48099-0309


S&MTriangle Services
26963 Eckel Rd
Perrysburg, OH 43551


Safety Solutions Inc
6161 Shamrock Court
PO 8100
Dublin, OH 43016


Saint-Gobain Performance Plastics
2664 Gilchrist Rd
Akron, OH 44305


SCI Engineered Materials
2839 Charter St
Columbus, OH 43228


Shumaker Loop & Kendrick LLP
1000 Jackson
Toledo, OH 43604-5573


SKC Inc
863 Valley View Rd
Eighty Four, PA 15330


Solar Converters Inc
558 Massey Rd
Guelph ON N1K 1B4
CANADA

State of Ohio
Business Compliance
Box 1090
Columbus, OH 43216


Supplemental Staffing
5333 Southwyck Blvd
Toledo, OH 43614


T&S Tool and Supply Co
7341 Airport Hwy
Holland, OH 43528


TA Industrial
7749 Ponderosa Rd
Perrysburg, OH 43551


Thyssen-Krupp Materials NA
1212 East Alexis Rd
Toledo, OH 43612


Titan SC
2900 Gateway Dr
Elkhart, IN 46514


Toledo Blade
541 N. Superior St
Toledo, OH 43660


Toledo Board of Education
3548 S Detroit Ave
Toledo, OH 43614


Toledo Edison
300 Madison Ave #6
Toledo, OH 43652


Toledo Elevator & Machine Co
221 N Detroit Ave
Toledo, OH 43607


Toledo Lucas County Port Authority
One Maritme Plaza
Toledo, OH 43604-1866

Total Environmental Services
1950 Clinton St
Toledo, OH 43607


Try Hours Inc
3640 Briarfield Blvd
Maumee, OH 43537


TUV Intercert GmbH
2210 S Roosevelt St
Tempe, AZ 85282


Uline
12575 Uline Dr
Pleasant Prairie, WI 53158


Uniontape USA
15230 Herriman Blvd
Noblesville, IN 46060


Univ of Toledo Grants Accounting
c/o Office of Legal Affairs
2801 W. Bancroft
Toledo, OH 43606-3390


Univ of Toledo Office of Research
c/o Office of Legal Affairs
2801 W Bancroft
Toledo, OH 43606-3390


University of Toledo
dba Univ Tol Innovative Enterprises
UTIE Holding LLC/Rhonda Wingfield
2801 Bancroft St MS 400
Toledo, OH 43606


Unum
1 Fountain Sq
Chattanooga, TN 37402


UPS
427 W Dussel
Maumee, OH 43537

UPS Freight
3235 Nebraska
Toledo, OH 43607


UPS/UPS SCS Chicago
490 Supreme Dr
Bensenville, IL 60106


US Bank Corporate Office
Bankruptcy Dept
800 Nicollet Mall
Minneapolis, MN 55402


USF Holland, Inc
750 East 40th St
Holland, MI 49423


Verizon WRLS Corporate Offices
Bankrupcty Dept
140 West
New York, NY 10007


Vijh, Aaroni Dr.
4841 Mount Airy
Sylvania, OH 43560


Voltaix
3121 Route 22 East, Ste 200
Somerville, NJ 08876


Vortex Metals LTD
19200 Cranwood Pkwy
Cleveland, OH 44128


Welch Packaging Toledo Inc
1240 Matzinger Rd
Toledo, OH 43612


Widman and Franklin LLC
Kera Paoff, Esq (B. William)
405 Madison Ste 1550
Toledo, OH 43604

Wilson Sonsini Goodrich & Rosati
222 Deleware Ave
Ste 800
Wilmington, DE 19801


Xunlight Kunshan
No. 199, Yuan-Feng Rd
High-Tech Zone
Kunshan Jiangsu CHINA


Zapp Precision Strip Inc
266 Barnet Blvd
New Bedford, MA 02745


ZipTape Label ID Solutions
2122 W 5th Place
Tempe, AZ 85281


Zurich North America
1400 American Lane
Tower 2 Fl 5
Schaumburg, IL 60196

# United States Bankruptcy Court
## Northern District of Ohio

In re **Xunlight Corporation**

Debtor(s)

Case No. _____

Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Xunlight Corporation** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Emerald Cleantech Fund II LP**
**PO Box 23 Trafalgar Court**
**Les banques**
**St Peter Port, Guernsey GY1 3QL**

**Trident Capital Fund VI**
**505 Hamilton Avenue**
**Suite 200**
**Palo Alto, CA 94301**

☐ None [*Check if applicable*]

**November 14, 2014**

Date

**/s/ H. Buswell Roberts, Jr.**

**H. Buswell Roberts, Jr. 0004747 of counsel**

Signature of Attorney or Litigant

Counsel for **Xunlight Corporation**

**H. Buswell Roberts J. PLLC**

**2001 South Main**
**Unit 206-A**
**Blacksburg, VA 24060**
**540 951 8320 Fax:540 951 8357**
**hbroberts@live.com**