**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

In Re: XUNLIGHT CORPORATION        Case No. 14-34156
                                         Chapter 7

          Debtor.

                                         Judge Mary Ann Whipple

**STATUS REPORT**

Now comes Douglas Dymarkowski, Trustee in the above captioned matter and for his Status Report states the following:

This case remains open for the receipt of the estate's May 2022 bank statement documenting the payment of the unclaimed funds to the court and subsequent submission of the TDR, expected by June 15, 2022.

                                        Respectfully submitted,
                                        **/s/ Douglas Dymarkowski**
                                        Douglas Dymarkowski
                                        1107 Adams Street
                                        Toledo, OH  43604
                                        Ph:  (419) 244-8500
                                        doug.dadlaw@bex.net

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent to the individuals listed below by electronic transmission via the court's CM/ECF system on this May 24, 2022.

Office of the US Trustee (Registered address)@usdoj.gov

Tammy G. Lavalette, Attorney for Debtor(s), at tlavalette@cjc-law.com

                                        **/s/ Douglas Dymarkowski**